Before the First Division, April 3, 1941

No. 45626.—Protest 900829-G of M. Pressner & Co. (New York).

Opinion by Oliver, P. J. In accordance with stipulation of counsel and on the authority of Abstracts 44122 and 32264 the kazoos in question were held dutiable at 45 percent under paragraph 397 as claimed.